## THEODORE TOWNSEND, APPELLANT, v. BOROUGH OF HOPATCONG, RESPONDENT.

Submitted October 30, 1942—Decided January 22, 1943.

For the appellant, *Fred Laifer.*

For the respondent, *Kalisch & Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—PERSKIE, J. 1.